**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6365**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

VARDEN   M.   GRANDISON,   a/k/a   Verden   M.
Grandison,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District Judge.  (CR-01-126)

---

Submitted:  April 24, 2003            Decided:  May 5, 2003

---

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Varden M. Grandison, Appellant Pro Se.  Eric J. McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Varden M. Grandison appeals the district court's order denying his February 2003 motion for reconsideration of a sentence imposed in March 2002.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Grandison, No. CR-01-126 (E.D. Va. Feb. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Grandison's informal brief raises additional claims not directly related to the denial of his motion for reconsideration, this court is without jurisdiction to consider them. See Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (holding that period for filing notice of appeal is "mandatory and jurisdictional").

2